# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LOUNNA MARCIUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 1:14-cv-02967 |
| ) | |
| RJM Acquisitions, LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT CONSENT MOTION TO OPEN DEFAULT

COME NOW RJM Acquisitions, LLC (hereinafter "RJM" or "Defendant") and Plaintiff Lounna Marcius (hereinafter "Plaintiff"), by and through undersigned counsel, and hereby submit this Joint Consent Motion to Open Default and request that this Honorable Court enter the proposed Order attached hereto as Exhibit "A" and deem Defendant RJM Acquisitions, LLC's Answer and Affirmative Defenses (Doc. 2) timely.

Respectfully submitted this ____ day of November, 2014.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Brantley C. Rowlen* --------------------
Brantley C. Rowlen
Georgia Bar No. 153031
V. Ashley Waller
Georgia Bar No. 233050

1180 Peachtree Street, N.E.    Attorneys for Defendant *RJM Acquisitions*
Suite 2900                     *LLC*
Atlanta, Georgia 30326
404.348.8585 (telephone)
404.467.8845 (facsimile)
brantley.rowlen@lewisbrisbois.com
ashley.waller@lewisbrisbois.com

4850-0672-1312.1                           1

          */s/ Lounna Marcius*---------------------------
          Lounna Marcius

833 Langley View Ct.
Loganville, Georgia 30052   *Pro se Plaintiff*
404.384.6166
lounnam@yahoo.com

**CERTIFICATE OF SERVICE**

  I hereby certify that I this day have electronically filed this Joint Consent Motion to Open Default with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

Lounna Marcius<br>
833 Langley View Ct<br>
Loganville, Georgia 30052<br>
lounnam@yahoo.com

  This ____ day of November, 2014.

                */s/ Brantley C. Rowlen*
                Brantley C. Rowlen
                Georgia Bar No. 153031

Lewis Brisbois Bisgaard & Smith LLP  Attorney for Defendant
1180 Peachtree Street, N.E.       *RJC Acquisitions, LLC*
Suite 2900
Atlanta, Georgia 30326
404.348.8585 (telephone)
404.467.8845 (facsimile)
brantley.rowlen@lewisbrisbois.com

## **CERTIFICATE OF FONT**

Pursuant to N.D. Ga. Local Rules 5.1(B) and 7.1(D), I hereby certify that this document is submitted in Times New Roman 13 point type.

*/s/ Brantley C. Rowlen*
Brantley C. Rowlen
Georgia Bar No. 153031

LEWIS BRISBOIS BISGAARD & SMITH LLP
1180 Peachtree Street, N.E.
Suite 2900                                                           Attorneys for Defendant *RJM*
Atlanta, Georgia 30326                                    *Acquisitions, LLC*
404.348.8585 (telephone)
404.467.8845 (facsimile)
brantley.rowlen@lewisbrisbois.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LOUNNA MARCIUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. 1:14-cv-02967 |
| | ) | |
| RJM Acquisitions, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter comes before this Honorable Court on Defendant RJM Acquisitions, LLC's and Plaintiff Lounna Marcius' Joint Consent Motion to Open Default (Doc. 4). After consideration of the briefing and all facts of record, this Court hereby GRANTS said Motion and finds that Defendant RJM Acquisitions, LLC's Answer and Affirmative Defenses filed with this Court on October 21, 2014 (Doc. 2) is timely.

SO ORDERED this ____ day of _____, 2014.

_____
Charles A. Pannell, Jr., Judge
United States District Court
for the N.D. of Georgia

**Prepared by:**

LEWIS BRISBOIS BISGAARD & SMITH LLP
Brantley C. Rowlen
1180 Peachtree Street, N.E.  - Suite 2900
Atlanta, Georgia 30326
brantley.rowlen@lewisbrisbois.com